# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | NO:  WA:24-CR-00259(1)-ADA |
| § | |
| (1) SANTIAGO MARTINEZ-PASTOR § | |

## ORDER

     On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed December 17, 2024, wherein the defendant (1) SANTIAGO MARTINEZ-PASTOR waived appearance before this Court and appeared before United States Magistrate Judge Jeffrey C. Manske for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) SANTIAGO MARTINEZ-PASTOR to the Report and Recommendation, the Court enters the following order:

     **IT IS THEREFORE ORDERED** that the defendant (1) SANTIAGO MARTINEZ-PASTOR's plea of guilty to Count One (1) is accepted.

     Signed this 3rd day of January, 2025.

                                      ALAN D ALBRIGHT
                                      UNITED STATES DISTRICT JUDGE